UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SATINDER KAUR,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE, a federal governmental agency,<br><br>                Defendant. | NO: 2:16-CV-0201-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Parties' Stipulation and Motion for Order of Dismissal (ECF No. 59). The parties have stipulated to the dismissal of this action with prejudice and with each party bearing its own fees, costs and expenses.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party bearing its own fees, costs and expenses.

All pending motions, hearings and the trial are vacated, as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 2, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2